In the Matter of AMERICAN ACOUSTICS, Inc., Debtor. John B. Shearer, Receiver and Trustee, and Milton M. Unger and Adrian M. Unger, Partners, as Milton M. and Adrian M. Unger, Attorneys for Petitioning Creditors and of Debtor, Appellants.

No. 10482.

United States Court of Appeals Third Circuit.

Argued Oct. 5, 1951.

Decided Oct. 17, 1951.

Rehearing Denied Nov. 1, 1951.

Milton M. Unger, Newark, N. J., for appellants.

George Zolotar, New York City, for S. E. C.

Before McLAUGHLIN, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

The order of the District Court will be affirmed on the opinion of Judge Fake below, 97 F.Supp. 586, which approved the report of the Referee.

Miriam J. GOLDEN, Appellant, v. UNITED STATES of America and Charlie Blalock Mayberry, Appellees.

No. 13490.

United States Court of Appeals Fifth Circuit.

Nov. 13, 1951.

Albert A. Rosenthal, Birmingham, Ala., O. P. Lee, Opelika, Ala., for appellant.

J. A. Walker, Jacob Walker, Jr., Opelika, Ala., E. Burns Parker, U. S. Atty., Montgomery, Ala., for appellees.

Before HOLMES, STRUM, and RIVES, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed for the reasons well stated in the opinion of District Judge Kennamer, reported in 91 F. Supp. 950.